# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv189

| | |
|---|---|
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ) ) ) Plaintiff, ) ) vs. ) ) B.H., by PARENT or GUARDIAN, ) C.H. and W.H., ) ) Defendants/Third-Party Plaintiffs, ) ) vs. ) ) DR. JANE RHYNE, *et. al.*, ) ) Third-Party Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Certification of ADR Session [Doc. 26], filed February 13, 2009.

The mediator has certified to the Court that the case has been completely settled. As a result, the Court will require the parties to file a stipulation of dismissal on or before thirty days from entry of this Order. The parties are reminded that the stipulation of dismissal must be signed

by counsel for each party appearing in the action.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties shall file a stipulation of dismissal.

Martin Reidinger
United States District Judge

Signed: February 18, 2009